UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOAN CLARK**<br><br>v.<br><br>**ESTATE OF DAVID FLACH, SR., et al.** | **Case: 1:08-cv-00779**<br><br>**Judge Richard J. Leon** |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this court and all parties of record:

    Please enter the appearance of John E. Clabby as counsel in this case for Defendant Estate of David Flach, Sr.

Dated: June 4, 2008

Respectfully submitted,

/s/ John E. Clabby
John E. Clabby (D.C. Bar No. 503059)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC  20005
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)
*Counsel for Defendant Estate of David Flach, Sr.*

2

**CERTIFICATE OF SERVICE**

    I certify that on June 4, 2008, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

                                      /s/ John E. Clabby
                                      John E. Clabby