UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOAN CLARK**<br><br>v.<br><br>**ESTATE OF DAVID FLACH, SR., et al.** | Case:  1:08-cv-00779<br><br>Judge Richard J. Leon |

**DEFENDANT ESTATE OF DAVID FLACH, SR.'S
CONSENT MOTION FOR AN EXTENSION OF TIME**

      Defendant Estate of David Flach, Sr., hereby respectfully requests an extension of time to file its response to Plaintiff Joan Clark's Complaint (Dkt. No. 1).  Estate of David Flach, Sr., seeks an extension of time from June 9, 2008, to June 30, 2008.  Counsel for Plaintiff Joan Clark consents to the relief requested in this Motion.

      A proposed order is attached.

Dated:  June 4, 2008                      Respectfully submitted,

                                                      /s/ John E. Clabby
                                                      John E. Clabby (D.C. Bar No. 503059)
                                                      WILLIAMS & CONNOLLY LLP
                                                      725 Twelfth Street, NW
                                                      Washington, DC  20005
                                                      (202) 434-5000 (telephone)
                                                      (202) 434-5029 (facsimile)
                                                      *Counsel for Defendant Estate of David Flach, Sr.*

2

**CERTIFICATE OF SERVICE**

     I certify that on June 4, 2008, I electronically filed the foregoing Defendant Estate of David Flach, Sr.'s Consent Motion for an Extension of Time with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

                                              /s/ John E. Clabby
                                              John E. Clabby

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOAN CLARK**<br><br>v.<br><br>**ESTATE OF DAVID FLACH, SR., et al.** | **Case: 1:08-cv-00779**<br><br>**Judge Richard J. Leon** |

## [PROPOSED] ORDER

The Court, after considering Defendant Estate of David Flach, Sr.'s Consent Motion for an Extension of Time, hereby **GRANTS** the Consent Motion and **ORDERS** that the Estate of David Flach, Sr.'s time to file a response to the Complaint (Dkt. No. 1) is extended to June 30, 2008.

IT IS SO **ORDERED** on this _____ day of June, 2008.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE