UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOAN CLARK**<br><br>v.<br><br>**ESTATE OF DAVID FLACH, SR., et al.** | **Case: 1:08-cv-00779**<br><br>**Judge Richard J. Leon** |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this court and all parties of record:

    Please enter the appearance of Dane H. Butswinkas, as counsel in this case for Defendant Estate of David Flach, Sr.

Dated: June 5, 2008

                                            Respectfully submitted,

                                            /s/ Dane H. Butswinkas
                                            Dane H. Butswinkas (D.C. Bar No. 425056)
                                            WILLIAMS & CONNOLLY LLP
                                            725 Twelfth Street, NW
                                            Washington, DC  20005
                                            (202) 434-5000 (telephone)
                                            (202) 434-5029 (facsimile)
                                            *Counsel for Defendant Estate of David Flach, Sr.*

2

**CERTIFICATE OF SERVICE**

    I certify that on June 5, 2008, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

                                             /s/ Dane H. Butswinkas
                                             Dane H. Butswinkas