UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

JOAN CLARK

          Plaintiff

v.

ESTATE OF DAVID FLACH, SR., et al.

          Defendants

Case No. 1:08-cv- 00779
Judge Richard J. Leon

### DEFENDANT GEICO'S ANSWER TO COMPLAINT

COMES NOW Defendant GEICO, by and through the undersigned counsel, and hereby answers the Complaint filed herein as follows:

### FIRST DEFENSE

Plaintiff's Complaint is barred by Plaintiff's sole and/or contributory negligence.

### SECOND DEFENSE

Plaintiff's Complaint is barred by Plaintiff's assumption of the risk.

### THIRD DEFENSE

The Court lacks jurisdiction over Defendant due to improper service of the summons and complaint.

### FOURTH DEFENSE

The Defendant denies any breach of contract.

### FIFTH DEFENSE

The Plaintiff lacks standing to bring this cause of action against this Defendant.

### SIXTH DEFENSE

There is no privity of contract between the Plaintiff and this Defendant.

### SEVENTH DEFENSE

The Defendant specifically denies the allegations contained in paragraphs 29-33 of Count III of the Plaintiff's Complaint.

### EIGHTH DEFENSE

The cause of actions asserted by the Plaintiff did not accrue within the applicable statute of limitations.

### NINTH DEFENSE

The Complaint fails to join a party in whose absence complete relief cannot be accorded among those already partied.

### TENTH DEFENSE

Assuming negligence or other wrong doing on the part of this Defendant, it was not the proximate cause of the Plaintiff's alleged injuries, but Plaintiff's alleged injuries were a result of prior and/or subsequent conditions or occurrence for which this Defendant is not responsible.

WHEREFORE Defendant respectfully requests:

1. That the Court dismiss Plaintiff's Complaint with prejudice, all costs paid by Plaintiff; and

2. That the Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____
Judd A. Rafey
D.C. Bar No. 441785
Counsel for Defendant GEICO
962 Wayne Avenue, Suite 200
Silver Spring, MD  20910
(301) 587-9626

## JURY DEMAND

Defendant respectfully requests a jury trial.

                              Judd A. Rafey
                              Counsel for Defendant GEICO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2008, a copy of the foregoing Answer to Complaint and Demand for Jury Trial was served electronically and via regular mail to:

Ernest W. McIntosh, Jr., Esq.
7315 Wisconsin Avenue, Suite 700E
Bethesda, MD 20814

Dane Hal Butswinkas, Esq.
John E. Clabby, Esq.
725 12th Street, N.W.
Washington, DC 20005

Anita Lacey
9448 Scarlett Oak
Manassas, VA 20110

The District of Columbia
441 4th Street, N.W.
Washington, DC 2001

                              Judd A. Rafey
                              Counsel for Defendant