UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

JOAN CLARK

        Plaintiff

v.

ESTATE OF DAVID FLACH, SR., et
al.

        Defendants

Case No.  1:08-cv- 00779
Judge Richard J. Leon

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS – LCvR7.1 CERTIFICATE

      I, the undersigned, counsel of record for GEICO, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of GEICO which have any outstanding securities in the hands of the public.

      Berkshire Hathaway

      These representations are made in order that the judges of this court may determine the need for recusal.

                    Respectfully submitted,

                    Judd A. Rafey
                    D.C. Bar No.: 441785
                    Counsel for Defendant GEICO
                    962 Wayne Avenue
                    Suite 200
                    Silver Spring, MD  20910
                    (301) 587-9626
                    jarafey@geico.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2008, a copy of the foregoing Disclosure of Corporate Affiliation was served electronically and via regular mail to:

Ernest W. McIntosh, Jr., Esq.
7315 Wisconsin Avenue, Suite 700E
Bethesda, MD 20814

Dane Hal Butswinkas, Esq.
John E. Clabby, Esq.
725 12th Street, N.W.
Washington, DC 20005

Anita Lacey
9448 Scarlett Oak
Manassas, VA 20110

The District of Columbia
441 4th Street, N.W.
Washington, DC 2001

Judd A. Rafey
Counsel for Defendant GEICO