## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joan ClarkPlaintiffv.Estate of David Flach, Sr., et al.Defendant(s) | Case No.: 1:08-cv-00779 RJL |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Frederick Parsons, Jr., having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This of Any Other United States Court, and Initial Electronic Case Filing Order on GEICO c/o John Dahut, Esquire in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on May 23, 2008 at 3:45 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This of Any Other United States Court, and Initial Electronic Case Filing Order on GEICO c/o John Dahut, Esquire at 962 Wayne Avenue, Suite 200, Silver Spring, Maryland 20910 by serving John Dahut, Esquire, authorized to accept. Described herein:

Gender: Male   Race/Skin: White   Hair: Brown/Red   Age: 48   Height: 5'10"   Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 5.27.08

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050