UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joan Clark )
)
)
)
Plaintiff )
) Case No.: 1:08-cv-00779 RJL
v. )
)
Estate of David Flach, Sr., et al. )
)
)
Defendant(s) )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Thomas Parks, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court and Initial Electronic Case Filing Order on Estate of David Flach, Sr. c/o Lawrence D. Hughes in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on May 23, 2008 at 9:10 AM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court and Initial Electronic Case Filing Order on Estate of David Flach, Sr. c/o Lawrence D. Hughes at 9027 Center Street, Manassas, Virginia 20110 by serving Lawrence D. Hughes, authorized to accept. Described herein:

Gender: Male   Race/Skin: White   Hair: White   Age: 55   Height: 5'7"   Weight: 165

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

Thomas Parks
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this 23rd day of May, 2008.

Notary Public   My Commission Expires: 03-31-09

ID: 08-002389

Client Reference: N/A

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050