IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | | |
|---|---|---|
| JOAN CLARK | ) | |
| | ) | |
| | ) | |
| v. | ) | CA NO. 1:08-cv-00779 |
| | ) | Judge Richard J. Leon |
| ESTATE OF DAVID FLACH, SR., et al. | ) | |

-------------------------------------------------------

### ERRATA NOTICE OF CORRECTED EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT ESTATE OF DAVID FLACH, SR.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Plaintiff Joan Clark, by and through her attorney, and pursuant to the docket entry Notice entered on July 14, 2008, hereby re-files her opposition and submits the following redacted exhibits in support of her opposition: 1. Manassas Police Report; 2. Criminal History of Anita Lacy; and 3. Event Chronology.

Respectfully submitted,
By:    /s/ Ernest W. McIntosh
Ernest W. McIntosh
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814
(301) 654-3400
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to the United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing Errata was served via the CM/ECF electronic filing system on July 14, 2008 to all attorneys of record registered with the CM/ECF system.

  /s/ Ernest W. McIntosh
Ernest W. McIntosh

```
Date:  2/25/08                    MANASSAS POLICE DEPARTMENT
Time:  14:50:02                                                    Page:
                                                                   Program: CMS301

Case Number      . : 1-05-002006      ISD Control #  :
Occur From Date:   4/26/05 16:00      Occur To Date  : 4/26/05 17:00
Report Date      . : 4/27/05 18:01    Case Status    : Warrant Obtained
Case Status Dt   :  4/28/05           Day Of Week    : Tuesday
Dept Class  . . :  ALL OTHERS OFFENSES Alcohol Related: Not Applicable
Drug Related?    : Not Applicable
Common Name      . : DAVID FLACH RESIDENCE, 9250 BENNETT ST
City  . . . . .  : MANASSAS,
Map Reference    : 103                Location Type  : Residence/Home
Beat Assignment: HAYDON Beat 33       District . . . : E1-Evening Shift
Report Officer   : ALFONSO, ELIA
Supervisory Emp: MISCHOU, MICHAEL  4/28/05
Entry Employee   : WASHINGTON, CHERYL 5/19/05
Offenses?  . . . :                    Property?  . . :
Names?  . . . .  :                    Vehicles?  . . :
Narrative? . . . :                    Relationships? :
Case Management:                      Related Cases? :
Addtnl Times?    :                    Payments? . .  :
Interfaces?  . . :

******************** A D D I T I O N A L    T I M E S ********************
Case Number      . : 1-05-002006      Date Dispatched: 4/27/05 18:01
Date Responded   : 0/00/00            Date Arrived  . : 4/27/05 18:01
Date Cleared  .  : 4/27/05 18:55

************ C A S E   M A N A G E M E N T   I N F O R M A T I O N ***********
Case Number      . : 1-05-002006      Common Name    . :
Location  . . .  :                    Occur Date/Time:
Rpt Date/Off  .  :                    Dept Class . . : ALL OTHERS OFFENSES
Case Status      : Warrant Obtained   Case Status Dt : 4/28/05
Forwarded To  .  : Patrol             Investigator . :
Actions?  . . .  :                    Ticklers?  . . :

                        ***ACTION HISTORY***
Case Number      . : 1-05-002006      Action . . . . : Assigned Patrol
Description  . . :                    Desc - cont. . :
Dept Unit  . . . : Patrol             Officer  . . . : ALFONSO, ELIA
Update Tickler?:                      Action Date  . : 4/28/05
Entered Date  .  : 5/19/05 8:41

                        ***TICKLER HISTORY***
Case Number      . : 1-05-002006      Dept Unit  . . : E1
Reason . . . . . : SUPPLEMENTAL FOLLOWUP DUE
Due Date . . . . : 5/26/05            Completion Date: 0/00/00
Officer  . . . . : ALFONSO, ELIA      Notify Officer?:
Case Number      . : 1-05-002006      Dept Unit  . . : E1
Reason . . . . . : SUPPLEMENTAL FOLLOWUP DUE
Due Date . . . . : 5/11/05            Completion Date: 0/00/00
Officer  . . . . : ALFONSO, ELIA      Notify Officer?:
Case Number      . : 1-05-002006      Dept Unit  . . : E1
Reason . . . . . : SUPPLEMENTAL FOLLOWUP DUE
Due Date . . . . : 5/01/05            Completion Date: 0/00/00
Officer  . . . . : ALFONSO, ELIA      Notify Officer?:

                        ***ASSIGNMENT HISTORY***
```

```
Date:  2/25/08                    MANASSAS POLICE DEPARTMENT                 Page:
Time: 14:50:02                                                               Program: CMS301
```

                                                       1-05-002006   (Continued)
    Case Number    . : 1-05-002006         Dept Unit    . . : Patrol
    Investigator . :                       U/D Long Fld 1 :
    U/D Long Fld 2 :                       U/D Long Fld 3 :
    Supervisor . . : NEUMANN, TIMOTHY      Assignment Date: 4/28/05
    Addtl Officer  :                       Addtl Officer  :
    Addtl Officer  :                       Notify Investig:
    Dept Priority  :                       Inv Priority . :

    ****************** O F F E N S E      R E P O R T   #   1 ****************
    Case Number    . : 1-05-002006         State Class  . : All Other Offenses
    Attmpt/Committ : COMMITTED
    Statute/Ordin  : UNAUTHORIZED USE OF VEHICLE
    Computer Theft : Not Applicable        Location Type  : Residence/Home
    How/Where Entry: Entry Unknown - Exit Unknown
    Premises Enter : 0                     Forced Entry . : No
    Weapon Type  . : None                  Attack Reason  : None (no bias)
    Crim Activity  :                       State Dispo  . :
    UCR Disposition: Warrants Pending/Obtained
    Dispo Date . . : 4/28/05               Exception Clear: Not Applicable
    Arrest Case No.:                       People Arrested: 0
    Domestic Viol. :                       Homicide/Asslt?:
    Solvability? . :                       Federal Class  :
    Statute Desc . : 18.2-102

    ********* O F F E N S E   P R I M A R Y   R E L A T I O N S H I P S *********
    Offense #:   001 All Other Offenses / / UNAUTHORIZED USE OF VEHICLE
    Vehicle #.:  001  / VICTIMS VEHICLE
         Name #...:  001   (SUSP) LACY, ANITA
         Name #...:  001   (VICT) FLACH, DAVID M.

    *************** N A M E   P R I M A R Y   R E L A T I O N S H I P S ***********

    Name #...:  001   (VICT) FLACH, DAVID M.
         Name #...:  001   (SUSP) LACY, ANITA / Acquaintance

    ********* V E H I C L E   I N F O R M A T I O N   #   1 ********************
    Case number   . : 1-05-002006          Category . . . : VICTIMS VEHICLE
    Year  . . . . . : 2003                 Make  . . . . . : JAGUAR
    Model Name . .  :                      Style . . . . . : 4-Door
    VIN  . . . . .  : SAJDA24C73KLF54576   License # . . . : DFSR1    VA
    Vehicle type .  : Automobiles          State Veh Type  : Auto
    Color - Top  .  : SILVER               Color - Bottom  : BLUE
    Damaged  . . .  : None                 Disposition  .  : UNKNOWN
    Stolen Value .  : 40,000               Keys in car  .  : Unknown
    Vehicle locked  : Unknown
    Street number   :
    Recovered by .  : OFC T. PETTY         Date recovered  : 5/13/05 19:15
    Recovery value  : 20,000               Recovery code   :
    Owner notified  :
    Street number   : 800 SOURTHERN AV
    City . . . . .  : WASHINGTON           State . . . . . : DC

    ********* P E R S O N   R E P O R T I N G   I N F O - # 1 *********

```
Date:  2/25/08                    MANASSAS POLICE DEPARTMENT                          Page:        3
Time: 14:50:02                                                                        Program: CMS3011
```

```
                                                          1-05-002006  (Continued)
Case Number    . :  1-05-002006            Last Name   . . :  158/ALFONSO,
Street Number  . :
City . . . . . . :
Home Phone No. . :                         Business Phone :
Birth Date . . . :  0/00/0000 0            Race . . . . . :
Sex  . . . . . . :                         Ethnic Origin  :
Hair Color . . . :                         Hair Length  . :
Hair Style . . . :                         Eye Color  . . :
Glasses  . . . . :                         Complexion . . :
Facial Hair  . . :                         Teeth  . . . . :
Build  . . . . . :                         Speech . . . . :
Citizenship  . . :                         Weapon Held  . :
Hand Use . . . . :                         Caution  . . . :
Residency Type . :                         Residency Sts  :
Religion . . . . :                         Marital Status :
Status . . . . . :                         Grade  . . . . :
NCIC Number  . . :                         NCIC Entry Date:  0/00/00
NCIC Cancel Dt . :  0/00/00                FBI Number . . :
State Number . . :                         ID Number  . . :
Photo Number . . :                         Arrest Case No.:
Hat  . . . . . . :                         Coat . . . . . :
Shirt  . . . . . :                         Pants  . . . . :
Shoes  . . . . . :                         Alt Address? . :
Body Marks?  . . :

************* S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 1 *
Case Number    . :  1-05-002006            Prompt valid in:  LACY, ANITA
Street Number  . :  9448 SCARLET OAK DR
City . . . . . . :  MANASSAS, VA 20110
Home Phone No. . :                         Business Phone :
Other Phone Nbr. :                         Birth Date . . :  [REDACTED]
Maximum Age  . . :  38                     Social Security:  [REDACTED]
Oper Lic No. . . :                         Race . . . . . :  White
Sex  . . . . . . :  Female                 Ethnic Origin  :  Hispanic
Minimum Height . :  503                    Minimum Weight :  134
Occupation . . . :                         Aliases? . . . :
Hair Color . . . :  Red/Auburn             Hair Length  . :  Unknown
Hair Style . . . :  Unknown                Eye Color  . . :  Blue
Glasses  . . . . :  No                     Complexion . . :  Light
Facial Hair  . . :  Unknown                Teeth  . . . . :  Unknown
Build  . . . . . :  Medium                 Speech . . . . :  Unknown
Weapon Held  . . :  None                   Hand Use . . . :  Unknown
Caution  . . . . :  Unknown                Status . . . . :  Suspect
NCIC Number  . . :  W427480655             State Number . :  201332223
Arrest Case No.  :  1-05-002006            Alt Address? . :
Body Marks?  . . :

************* V I C T I M   I N F O R M A T I O N - # 1 *****************
Case Number    . :  1-05-002006            Prompt valid in:  FLACH, DAVID MURRAY
Social Security: :  0                      Birth Date . . :  [REDACTED]
Street Number  . :  9250 BENNETT ST
City . . . . . . :  MANASSAS, VA 20110
```

```
Date:  2/25/08                  MANASSAS POLICE DEPARTMENT                Page:       4
Time:  14:50:02                                                           Program: CMS301L
```

```
                                                      1-05-002006   (Continued)
Occupation . . . :                      Home Phone No. : ████████
Business Phone   :                      Race . . . . . : White
Sex . . . . . .  : Male                 Ethnic Origin  : Non-Hispanic
Victim Type  .   : Individual           Residency Type : Resident
Residency Sts    : Resident             File Charges . : Yes
Can Identify .   : Yes                  Victim Sobriety: UNKNOWN
Injury Type 1    : None                 Injury Type 2  :
Med Treatment    : Not Provided         Hospital ID  . :
Hand Use . . .   : Unknown              Caution  . . . : Unknown
Weapon Held  .   : None                 Marital Status : Unknown
Phys Last Name   :                      Phys First Name:
Alt Address? .   :                      Body Marks?  . :
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* N A R R A T I V E    # 2 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPP DET VAN NOPPEN #65

I spoke to Anita Lynette Lacy, ████████████████████████ on 5-13-05 at the Garfield substation of Prince William County Police. She waived her Miranda Warnings and spoke to me at 1400. She stated that she had the victim's vehicle and went to a party at Colonial Village (possibly 9709 Clark Pl #202) on 4-28-05. At the party were her friends, Rebi (B/F, 22YOA, heavy set-this may be Shereve Buchanan, ██████████████████ can be found through her grandmother who lives at 9315 Taney Rd), Rebi's boyfriend Tim (B/M, dreadlocks, missing front tooth, lives in DC), Mike, Trini, and Kelly Talley(stays in various apartment at Colonial Village and is known by the management). She stated that she fell asleep and that someone took her vehicle. She thinks it was Tim. A slightly different version was given to Det Guyton. As I was speaking to her, the vehicle was recovered in DC. There was an accident and a bailout of two black males that were not apprehended. They appeared to be in their teens according to Det Rachlin 240 447-3534 who was handling the case.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* N A R R A T I V E    # 3 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ORIGINAL OFFICER

On April 27, 2005 at 1800 hours I responded to 9250 Bennett Drive in reference to an Unauthorized Use.

I met with the victim and he advised that on April 26, 2005, sometime between 1500-1600 hours, the offender an acquaintance asked to borrow the victim's vehicle for "half an hour" so she could move some of her belonging from residence on Scarlet Oak Dr to her new, unknown residence in Colonial Village. The victim agreed. The offender than called the victim sometime during the evening, the victim was not sure when, to apologize that she had not returned the vehicle. She stated that she drove her sister's child to the hospital and was on her way to return the vehicle, that it would be "15 minutes".

As of 1850 hours on April 27, 2005 the vehicle was not returned to him.

1-05-002006  (Continued)

Warrants were obtained. The offender and the vehicle were entered into NCIC/VCIN by EOC #75.

*************************** N A R R A T I V E    # 4 ***************************
SUPP DET VAN NOPPEN #65

On 5-19-05 at 1430 I went to Scottie's storage lot and processed the victim's vehicle. The vehicle was bearing a DC temporary tag of Z15927 that belonged to a '85 Cadillac. I located a CD case in the trunk and a bottle of Curve cologne in the vehicle that I processed for latents and put them into property. I also located an advertisement card for a DJ party at Byrne Manor at 1501 Southern Ave in Oxen Hill, Maryland which was held 5-14-05.

*************************** N A R R A T I V E    # 5 ***************************
SUPP OFC PETTY

05/21/05

On May 13, 2005 I responded to Headquarters for a recovered stolen auto.

A 2003 Jaguar with Virginia registration "DFSR" was located on May 13 at 1915 hours. The vehicle was involved in an accident in Washington, DC and is not drivable. The vehicle was recovered at 800 Southern Ave, SE by Officer K. Rachlin. The vehicle was transported to Hams Towing located at 1909 14th Street SE (202-678-0199).

The owner, David Flach, notified dispatch that his vehicle was located. The vehicle was removed by unit #84. The vehicle's tag were not recovered nor removed from NCIC/VCIN.

*************************** N A R R A T I V E    # 6 ***************************
SUPP RCS HANBACK

8/24/07

While doing VCIN validations for this report please note the following:

On 8-22-07 I had left a message at the number listed for the victim Mr. Flach, reference VCIN validations for the entry we have for his license plate. Upon returning to work this date I had received a voicemail from Debbie Kessner ███████████. Ms. Kessner advised that she was the executor of Mr. Flach's estate. Ms. Kessner advised that Mr. Flach had passed away last August, and that she was handling all the matters for the estate. I explained to Ms. Kessner that the license plate listed showed an expiration of 2006, but I informed her entry will remain in the system a year after the expiration. During our conversation Ms. Kessner advised that she has the house on the market and would like to have everything taken care of by the time the

```
Date:  2/25/08              MANASSAS POLICE DEPARTMENT              Page:
Time:  14:50:02                                                     Program: CMS301
```

1-05-002006   (Continued)

house is sold. I advised Ms. Kessner that the entry could be removed at her discretion if she wished since she was the executor of the estate and she stated that she would like it removed, so all matters would be taken care of.

Therefore based on the above, the entry was cancelled this date by this writer.

LIC/DFSR1 LIS/VA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* END OF REPORT \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Female

Offenses:
    **Offense #1**
    Case Number: 059GC9204015804
    Offense Date: 04/19/1993
    Arrest Date: 05/12/1993
    Arrest Level/Degree: CAPIAS
    Court Case Number: 059GC9204015804
    Court Offense: BENCH WARRANT
    Court Disposition: GUILTY
    Court Disposition Date: 05/24/1993
    Court Level/Degree: CAPIAS

Court Activity:
    [NONE FOUND]

Virginia Court:
    Name: ANITA LYNETTE VANDAMME
    SSN: [REDACTED]
    Aliases: ANITA L VANDAMME
    State of Origin: Virginia
    DOB: [REDACTED]
    Race: WHITE CAUCASIAN (NON-HISPANIC)
    Sex: Female

    Offenses:
        **Offense #1**
        Case Number: 059GT9314089600
        Offense Date: 08/07/1993
        Arrest Level/Degree: MISDEMEANOR
        Court Case Number: 059GT9314089600
        Court Offense: DRIVE ON REVOK/SUSP LIC
        Court Disposition: GUILTY IN ABSENTIA
        Court Disposition Date: 03/02/1994
        Court Level/Degree: MISDEMEANOR

Court Activity:
    [NONE FOUND]

Virginia Court:
    Name: ANITA LYNETTE VANDAMME
    SSN: [REDACTED]
    Aliases: ANITA L VANDAMME
    State of Origin: Virginia
    DOB: [REDACTED]
    Race: WHITE CAUCASIAN (NON-HISPANIC)
    Sex: Female

    Offenses:
        **Offense #1**
        Case Number: 059GT9314089700
        Offense Date: 08/07/1993
        Arrest Level/Degree: INFRACTION
        Court Case Number: 059GT9314089700
        Court Offense: NO/INVALID/EXP INSP STICK
        Court Disposition: GUILTY IN ABSENTIA
        Court Disposition Date: 10/13/1993
        Court Level/Degree: INFRACTION

Court Activity:
    [NONE FOUND]

Virginia Court:
    Name: ANITA LYNETTE VANDAMME
    SSN: [REDACTED]
    Aliases: ANITA L VANDAMME

DOB:
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Female

Offenses:
  Offense #1
  Case Number: 059GT9314479300
  Offense Date: 08/24/1993
  Arrest Level/Degree: MISDEMEANOR
  Court Case Number: 059GT9314479300
  Court Offense: DRIVE ON REVOK/SUSP LIC
  Court Disposition: GUILTY IN ABSENTIA
  Court Disposition Date: 10/14/1993
  Court Level/Degree: MISDEMEANOR

Court Activity:
  [NONE FOUND]

Virginia Court:
  Name: ANITA LYNETTE VANDAMME
  SSN:
  Aliases: ANITA L VANDAMME
  State of Origin: Virginia
  DOB:
  Race: WHITE CAUCASIAN (NON-HISPANIC)
  Sex: Female

Offenses:
  Offense #1
  Case Number: 087CR9600166200
  Offense Date: 03/10/1996
  Arrest Date: 03/10/1996
  Arrest Level/Degree: MISDEMEANOR
  Court Case Number: 087CR9600166200
  Court Offense: PETIT LARCENY
  Court Disposition: GUILTY TRIAL - JURY
  Court Disposition Date: 07/25/1996
  Court Level/Degree: MISDEMEANOR

Court Activity:
  [NONE FOUND]

Virginia Court:
  Name: ANITA LYNETTE VANDAMME
  SSN:
  Aliases: ANITA L VANDAMME
  State of Origin: Virginia
  County of Origin: Fairfax
  DOB:
  Sex: Female

Offenses:
  Offense #1
  Case Number: K078151
  Component: 0
  Offense Date: 08/04/1992
  Court Offense: GRAND LARCENY
  Court Disposition: NOT GUILTY ORIGINAL CHARGE
  Court Disposition Date: 05/13/1993
  Court Level/Degree: Felony

Court Activity:
  [NONE FOUND]

Virginia Court:
  Name: ANITA LYNETTE VANDAMME
  SSN:
  Aliases: ANITA L VANDAMME
  State of Origin: Virginia

Sex: Female

Offenses:
    Offense #1
    Case Number: K081642
    Component: 0
    Offense Date: 05/08/1993
    Court Offense: CONCEAL MERCHANDISE/FEL
    Court Disposition: GUILTY ORIGINAL CHARGE
    Court Disposition Date: 11/08/1993
    Court Fine: $1,000.00
    Court Level/Degree: Felony

    Sentence Date:
    Sentence
        Jail: 1 MONTHS
        Probation:
        Suspended Time:

Court Activity:
[NONE FOUND]

New Mexico Arrest Report:
    Name: ANITA LYNETTE CONSIGLIERI
    SSN:
    Aliases: DANELLA VANDAMME
    State of Origin: New Mexico
    County of Origin: Bernalillo
    DOB:
    Race: WHITE
    Sex: Female

Arrests:

    Arrest #1
    Case Type:                              Offense:
    Arrest Date:                            Arrest Statute:
    Arresting Agency:                       Agency Case #: 130431377
    Arrest Type:                            Arrest Level/Degree:
    Arrest Disposition Date:                Arrest Disposition: BOOKED
    Court Fine:

    Arrest #2
    Case Type:                              Offense: FRAUD USE OF CC 3RD DEG
    Arrest Date: 06/05/2006                 Arrest Statute: 30-16-33B
    Arresting Agency:                       Agency Case #: 130431377
    Arrest Type:                            Arrest Level/Degree:
    Arrest Disposition Date:                Arrest Disposition: BOOKED
    Court Fine:

    Arrest #3
    Case Type:                              Offense: FUGITIVE ARREST
    Arrest Date: 06/10/2006                 Arrest Statute: 31-4-2
    Arresting Agency:                       Agency Case #: 130431377
    Arrest Type:                            Arrest Level/Degree:
    Arrest Disposition Date:                Arrest Disposition: BOOKED
    Court Fine:

Virginia Department of Corrections:
    Name: ANITA LYNETTE VANDAMME
    SSN:
    Address: 1901 STEVENS RD, WOODBRIDGE VA 22191-2731
    State of Origin: Virginia
    DOB:
    Sex: Female

Offenses:
    Offense: Probation violation - type not clear    Adjudication Withheld: Unknown

Parole/Probations:
    Start Date: 01/21/2003    Scheduled End Date: 01/21/2004

    Start Date: 01/21/2003

# Event Chronology

Event Number: I20050252929

| Date | Time | Term | Operat | Action |
|---|---|---|---|---|
| 05/13/05 | 14:11:47 | d11 | 5784 | CROSS REFERENCED TO EVENT= I20050252898 |
| | | | | CROSS REFERENCED TO EVENT= D0505130097 |
| 05/13/05 | 14:13:54 | d13 | 5781 | EVENT CREATED: DC , Cross Streets= SOUTHERN AVE SE / CHESAPEAKE ST SE , Call Source= OFFICER |

Agency= MPD , Group= CW1 , Status= A , Priority= 5 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= ITT - INVESTIGATE THE TROUBLE , SubType Code:.
   XCSS - CRIME SCENE SEARCH
EVENT COMMENT= Field Event
   ** LOI search completed at 05/13/05 13:57:56
   GRAY JAGUAR WAS FOLLOWED
   UNKNOWN IF THE SUBJS ARE ARMED
   Duplicate Event:Location = 800 SOUTHERN AVE SE DC, Cross Street 1 = CHESAPEAKE ST SE SOUTHVIEW DR, Cross Street 2 = SOUTHVIEW DR, Alarm Level = 0
End of Duplicate Event data
PG NOTI ID 5702,,BY D1006
   Duplicate Event:Location = 800 SOUTHERN AVE SE DC, Cross Street 1 = CHESAPEAKE ST SE SOUTHVIEW DR, Cross Street 2 = SOUTHVIEW DR, Alarm Level = 0
End of Duplicate Event data
SOC NOTI
=====================================================================
7041   NIC/W427480655 DTE/20050427 1929 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI
MKE/STOLEN VEHICLE
ORI/VA0750100 LIC/DFSR1 LIS/VA LIY/2006 LIT/PE
VIN/SAJDA24C73LF54576 VYR/2003
VMA/JAGU VMO/VAN VST/4D VCO/SIL DOT/20050426
OCA/05002006
MIS/POSSIBLY DRIVEN BY LACY,ANITA W/F SOC▇▇▇▇
NIC/V927349612 DTE/20050427 1932 EDT
ORI IS MANASSAS PD 703 257 8000
IMMED CONFIRM RECORD WITH ORI
AMB NOTIFIED
   Duplicate Event:Location = 800 SOUTHERN AVE SE DC, Cross Street 1 = CHESAPEAKE ST SE SOUTHVIEW DR, Cross Street 2 = SOUTHVIEW DR, Alarm Level = 0
End of Duplicate Event data
AMB NOTI
7D52 RESPONDING
************************
LOF 2 B/M, #1----LIGHT CPLX, BRAIDS, RED/GRAY NORTHFACE JACKET, MED BUILD MID 20'S, #2---BRAIDS, RED/GRAY NORTHFACE JACKET, BLUE JEANS
** Cross Referenced to Event # D0505130097 at: 05/13/05 14:11:47
** >>>> by: EUGENE BILLINGSLEY on terminal: d11
   BOTH SUBJS CRASHED THE SILVER JAGUAR AND FLED THE SCENE INTO PG COUNTY THROUGH THE TIGERMART TOWARDS SOUTHVIEW APTS.
   SUBJS ARE POSSIBLY ARMED, SUBJS WERE BEING FOLLOWED Y CR8632 ON SOUTHERN AVE
   AND REFUSED TO STOP
   D. 5781
*******************************
   REQUESTING CRIME SCENE TO RESPOND TO PRINT THE SILVER JAGUAR

| | | | | |
|---|---|---|---|---|
| 05/13/05 | 14:13:55 | cadcom | 5781 | EVENT COMMENT= ** LOI search completed at 05/13/05 14:13:55 |
| 05/13/05 | 14:13:55 | d13 | 5781 | ** Cross Referenced to Event # I20050252898 at: 05/13/05 14:13:55 |
| | | | | ** >>>> by: BIANCA BENNETT on terminal: d13 |
| 05/13/05 | 14:14:15 | d11 | 5784 | CROSS REFERENCED TO EVENT= I20050252932 |
| 05/13/05 | 14:33:46 | d18 | 1781 | EVENT COMMENT= Duplicate Event: DC, Cross Street 1 = SOUTHERN AVE SE, Cross Street 2 = CHESAPEAKE ST SE, Type = ITT INVESTIGATE THE TROUBLE, Subtype = XCSS CRIME SCENE |

# Event Chronology

Event Number: I20050252347

| Date | Time | Term | Operat | Action |
|---|---|---|---|---|
| 05/13/05 | 07:57:11 | d13 | 5781 | EVENT CREATED: Location= 3200 STANTON ROAD SE , Call Source= OFFICER Agency= MPD , Group= 7D , Beat= 704 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 , Primary Unit= 7041 , Primary Member= 4588 , Current= F , Open Current= F , Type Code= TCMP - TRAFFIC COMPLAINT |
| 05/13/05 | 07:57:11 | cadcom | 5781 | EVENT COMMENT= ** LOI search completed at 05/13/05 07:57:11 |
| 05/13/05 | 07:57:11 | d13 | 5781 | Field Event |
| 05/13/05 | 09:55:53 | d12 | 1271 | Agency= MPD , Group= 7D , Beat= 704 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 , Primary Unit= 7041 , Primary Member= 4588 , Current= T , Open Current= F , Type Code= TCMP - TRAFFIC COMPLAINT EVENT CLOSED: Disposition Assigned= NOI |

| Date | Time | Term | Operat | Action |
|---|---|---|---|---|
| | | | | SEARCH, Call Source = OFFICER, Alarm Level = 0 |
| | | | | Field Event |
| | | | | ** LOI search completed at 05/13/05 13:57:56 |
| | | | | GRAY JAGUAR WAS FOLLOWED |
| | | | | UNKNOWN IF THE SUBJS ARE ARMED |
| | | | | Duplicate Event:Location = 800 SOUTHERN AVE SE DC, Cross Street 1 = CHESAPEAKE ST SE SOUTHVIEW DR, Cross Street 2 = SOUTHVIEW DR, Alarm Level = 0 |
| | | | | End of Duplicate Event data |
| | | | | PG NOTI ID 5702,,BY D1006 |
| | | | | Duplicate Event:Location = 800 SOUTHERN AVE SE DC, Cross Street 1 = CHESAPEAKE ST SE SOUTHVIEW DR, Cross Street 2 = SOUTHVIEW DR, Alarm Level = 0 |
| | | | | End of Duplicate Event data |
| | | | | SOC NOTI |
| | | | | ============================================================ |
| | | | | 7041 -- NIC/W427480655 DTE/20050427 1929 EDT |
| | | | | IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI |
| | | | | MKE/STOLEN VEHICLE |
| | | | | ORI/VA0750100 LIC/DFSR1 LIS/VA LIY/2006 LIT/PE |
| | | | | VIN/SAJDA24C73LF54576 VYR/2003 |
| | | | | VMA/JAGU VMO/VAN VST/4D VCO/SIL DOT/20050426 |
| | | | | OCA/05002006 |
| | | | | MIS/POSSIBLY DRIVEN BY LACY,ANITA W/F SOC/▉▉▉▉▉▉ |
| | | | | NIC/V927349612 DTE/20050427 1932 EDT |
| | | | | ORI IS MANASSAS PD 703 257-8000 |
| | | | | IMMED CONFIRM RECORD WITH ORI |
| | | | | AMB NOTIFIED |
| | | | | Duplicate Event:Location = 800 SOUTHERN AVE SE DC, Cross Street 1 = CHESAPEAKE ST SE SOUTHVIEW DR, Cross Street 2 = SOUTHVIEW DR, Alarm Level = 0 |
| | | | | End of Duplicate Event data |
| | | | | AMB NOTI |
| | | | | 7D52 RESPONDING |
| | | | | ******************************* |
| | | | | LOF 2 B/M, #1----LIGHT CPLX, BRAIDS, RED/GRAY NORTHFACE JACKET, MED BUILD MID 20'S, #2---BRAIDS, RED/GRAY NORTHFACE JACKET, BLUE JEANS |
| | | | | ** Cross Referenced to Event # D0505130097 at: 05/13/05 14:11:47 |
| | | | | ** >>>> by: EUGENE BILLINGSLEY on terminal: d11 |
| | | | | BOTH SUBJS CRASHED THE SILVER JAGUAR AND FLED THE SCENE INTO PG COUNTY THROUGH THE TIGERMART TOWARDS SOUTHVIEW APTS. |
| | | | | SUBJS ARE POSSIBLY ARMED, SUBJS WERE BEING FOLLOWED Y CR8632 ON SOUTHERN AVE |
| | | | | AND REFUSED TO STOP |
| | | | | D. 5781 |
| | | | | NEED CRIME SCENE SEARCH AT THE ABOVE LOACATION |
| | | | | ** LOI search completed at 05/13/05 14:14:15 |
| | | | | ** Cross Referenced to Event # I20050252898 at: 05/13/05 14:14:15 |
| | | | | ** >>>> by: EUGENE BILLINGSLEY on terminal: d11 |
| 05/13/05 | 14:33:47 | d18 | 1781 | EVENT COMMENT= End of Duplicate Event data |
| 05/13/05 | 15:17:27 | c10 | 6934 | EVENT COMMENT= Duplicate Event:Location = SOUTHERN AVE SE/WHEELER RD SE PG, Cross Street 1 = |
| | | | | SOUTHERN AVE SE WHEELER RD SE, Cross Street 2 = WHEELER RD SE, Alarm Level = 0 |
| | | | | End of Duplicate Event data |
| 05/13/05 | 15:26:03 | d14 | 1268 | CROSS REFERENCED TO EVENT= I20050253025 |
| 05/13/05 | 16:29:44 | d15 | 1304 | Agency= MPD , Group= CW1 , Status= P , Priority= 5 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= ITT - INVESTIGATE THE TROUBLE , SubType Code= |
| | | | | XCSS - CRIME SCENE SEARCH |
| | | | | Agency= MPD , Group= CW1 , Status= A , Priority= 5 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= ITT - INVESTIGATE THE TROUBLE , SubType Code= |
| | | | | XCSS - CRIME SCENE SEARCH |
| 05/13/05 | 16:52:14 | d15 | 1304 | Agency= MPD , Group= CW1 , Status= A , Priority= 5 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= ITT - INVESTIGATE THE TROUBLE , SubType Code= |
| | | | | XCSS - CRIME SCENE SEARCH |
| | | | | Agency= MPD , Group= CW1 , Status= P , Priority= 5 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= ITT - INVESTIGATE THE TROUBLE , SubType Code= |
| | | | | XCSS - CRIME SCENE SEARCH |
| 05/13/05 | 20:51:04 | d03 | 1324 | Agency= MPD , Group= CW1 , Status= A , Priority= 5 , ETA= 0 , Hold Type= 0 , Primary Unit= CR9237 , Primary Member= 3984 , Current= F , Open Current= F , Type Code= ITT - INVESTIGATE |
| | | | | THE TROUBLE , SubType Code= XCSS - CRIME SCENE SEARCH |

# Event Chronology

Event Number: F050056053

| Date | Time | Term | Operat | Action |
|---|---|---|---|---|
| 05/13/05 | 13:56:12 | c21 | 204709 | EVENT CREATED: DC , Cross Streets= SOUTHERN AVE SE / CHESAPEAKE ST SE<br>EVENT COMMENT= MPD 1741.... |
| 05/13/05 | 13:56:13 | c21 | 204709 | EVENT UPDATED: DC , Cross Streets= SOUTHERN AVE SE / CHESAPEAKE ST SE<br>    Agency= DCFEMS , Group= EMS , Beat= FIRE , Status= P , Priority= 1 , ETA= 0 , Hold Type= 0 ,<br>        Primary Member= 0 , Current= F , Open Current= F , Type Code= 29B02 - ACCI-MVA/UNKNOWN<br>            SITUATION (3rd PARTY)<br>    Agency= DCFEMS , Group= EMS , Beat= FIRE , Status= A , Priority= 1 , ETA= 0 , Hold Type= 0 ,<br>        Primary Unit= M25 , Primary Member= 108125 , Current= F , Open Current= F , Type Code= 29B02<br>            - ACCI- MVA/UNKNOWN SITUATION (3rd PARTY) |
| 05/13/05 | 13:56:14 | cadcom | 204709 | EVENT COMMENT= ** LOI search completed at 05/13/05 13:56:14 |
| 05/13/05 | 13:56:32 | d21 | 202836 | EVENT COMMENT= ** Recommended unit E32 (0.90 mi)<br>    ** Recommended unit A33 (0.90 mi) |
| 05/13/05 | 14:03:41 | d21 | 204304 | EVENT COMMENT= ** Recommended unit M25 (0.90 mi) |
| 05/13/05 | 14:03:51 | d26 | 201624 | EVENT COMMENT= A33 REQ MEDIC |
| 05/13/05 | 14:04:34 | d26 | 201624 | EVENT COMMENT= ADVISES MAJOR TRAUMA |
| 05/13/05 | 14:07:49 | d20 | 202594 | CROSS REFERENCED TO EVENT= F050056057<br>EVENT COMMENT= Duplicate Event:Location - 800 SOUTHERN AVE SE DC, Cross Street 1 = CHESAPEAKE<br>    ST SE, Cross Street 2 = SOUTHVIEW DR, Type = 29B01 ACCI-MVA/INJURIES, Alarm<br>    Level = 0<br>    PER MPD<br>    ** LOI search completed at 05/13/05 14:06:11<br>    End of Duplicate Event data<br>    ** Cross Referenced to Event # F050056057 at: 05/13/05 14:07:49<br>    ** >>>> by: JEFFREY S. PECK on terminal: d20 |
| 05/13/05 | 16:18:59 | SM25 | 0 | Agency= DCFEMS , Group= EMS , Beat= FIRE , Status= A , Priority= 1 , ETA= 0 , Hold Type= 0 ,<br>    Primary Unit= M25 , Primary Member= 108125 , Current= T , Open Current= F , Type Code= 29B02<br>        - ACCI- MVA/UNKNOWN SITUATION (3rd PARTY)<br>EVENT CLOSED:<br>Disposition Assigned - IC |