CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Joan Clark
Plaintiff(s)

vs.                                                                Civil Action No. 1:08 CV -779

Estate of David Flach, Sr. et al
Defendant(s)

### AFFIDAVIT OF MAILING

I, Wendy Wyeth, hereby state that:
On the 4th day of September, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

not yet

I have received the receipt for the certified mail, No.s  7005 0390 0006 1734 5154
                                                          7005 0390 0006 1734 5161

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _____ day of _____, _____.

I declare under penalty of perjury that the foregoing is true and correct.

9/5/08
(Date)

_____
(Signature)



