UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOAN CLARK** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.   : | Case No. 1:08-cv-00779 |
| : | Judge Richard J. Leon |
| **TIDEWATER MACK, INC. et al.** : | |
| : | |
| **Defendants.** : | |

------------------------------

## PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANT ANITA LACEY

Plaintiff Joan Clark, through counsel, and respectfully moves this Court, pursuant to Fed.R.Civ.P 4(m) to extend the time to serve Defendant Anita Lacey by one hundred twenty (120) days. As grounds for her motion, Plaintiff states the following:

### FACTS

Since filing her complaint, Plaintiff has been attempting to locate Defendant Lacey. Specifically, Plaintiff enlisted the help of a private investigator whose efforts are detailed in the attached affidavit. (See Affidavit of Scott Kucik, attached hereto as Exhibit 1). Plaintiff is currently working with this investigator to locate Defendant Lacey. To that end, Plaintiff requests additional time to locate and effect service upon Defendant Lacey.

### Argument

Fed.R.Civ.P. 4(m) provides that the Court, upon a showing of good cause by Plaintiff, "must extend the time for service for an

appropriate period." As Plaintiff has demonstrated good faith efforts to serve Defendant Lacey, this Court should grant Plaintiff's Motion. (See *Coleman v. Cranberry Baye Rental Agency,* 202 F.R.D. 106, 109 (N.D.N.Y.,2001)addressing a similar fact pattern and holding good cause was shown).

## Conclusion

Plaintiff, despite due diligence, has not yet perfected service upon Defendant Lacey. However, Plaintiff's private process server is working on the matter and will attempt to perfect service once we have located Defendant Lacey.

WHEREFORE, the foregoing considered, Plaintiff respectfully moves this Court to grant her Motion to Extend Time to Serve until by one hundred twenty (120) days so that she may perfect service on Defendant Lacey.

```
                              Respectfully Submitted,
                              /s/ Ernest W. McIntosh
                              Ernest W. McIntosh
                              Bar No. 315309
                              Newman, McIntosh & Hennessey, LLP
                              7315 Wisconsin Avenue
                              Suite 700E
                              Bethesda, MD 20814
                              (301) 654-3400
                              Attorney for Plaintiff
```

## Certificate of Good Faith

In accordance with Federal Rules of Civil Procedure 37 and Local Rule of Civil Procedure 7(m) this certificate will confirm that the parties conferred on September 5, 2008 via telephone. the Court. Counsel for Estate of David Flach, Sr. indicated they did not object to the motion.  Counsel for Defendant GEICO could not be reached by telephone and electronic messages were not returned by the time of filing.

/s/ Ernest W. McIntosh
Ernest W. McIntosh

### CERTIFICATE OF SERVICE

Pursuant to the United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing Motion to Extend Time to Serve Defendant Lacey was served this 5th Day of September, 2008via the CM/ECF electronic filing system to all attorneys of record.

/s/ Ernest W. McIntosh
Ernest W. McIntosh

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOAN CLARK** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Case No. 1:07-cv-00779** |
| : | **Judge Richard J. Leon** |
| **TIDEWATER MACK, INC. et al.** : | |
| : | |
| **Defendants.** : | |

-------------------------------

### ORDER

Upon consideration of Plaintiff's Motion to Extend Time To Serve Defendant Lacey, any opposition thereto, and the record herein, it is hereby:

**ORDERED** that Plaintiff's Motion be **GRANTED**;

**FURTHER ORDERED** that Plaintiff shall have one hundred twenty (120) days from the date of this order to serve Defendant Lacey.

_____                    _____
Date                                Judge, United States District
                                    Court for the District of
                                    Columbia

Copies to:

Ernest W. McIntosh
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Avenue
Suite 700E
Bethesda, MD 20814

Dane Hal Butswinkas
John Clabby
Williams & Connolly
725 12th Street, NW
Washington, DC 20005

and

Judd Alan Rafey
GEICO
9672 Wayne Avenue
Suite 200
Silver Spring, MD 20910

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOAN CLARK

V.                                    CASE NUMBER: 1:08CV-779

ESTATED OF DAVID FLACH, SR. ET AL.

AFFIDAVIT OF SCOTT KUCIK

I, Scott Kucik, hereby depose and say:

That my place of employment is Capitol Process/Investigator Services, 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this case.

That the following details the efforts made to locate and serve the defendant, Anita Lacy, at her last known address at 9448 Scarlet Oak Drive, Manassas, Virginia 20110.

On May 20, 2008, my agent, Thomas Parks, visited the address. Mr. Parks interviewed Brian Lacey who indicated that he is the former husband of Anita Lacey but that he has not had contact with her for over four years. He stated that he continues to receive mail for Anita Lacy at the address and that he forwards the mail to the post office. He indicated that the last knowledge he had regarding Anita Lacy was that she was incarcerated.

Research indicates that Anita Lacy, Dob: 11-22-1966, is a.k.a., Anita L. Consiglieri, Anita L. Vandamme, Anita L. Vandomme and Danella Vandamme. The most current reporting address for Ms. Lacy remains, 9448 Scarlet Oak Drive, Manassas, Virginia 20110. No other address reports as current or even recent for Ms. Lacy. The last address, prior to the address at 9448 Scarlet Oak Drive, reports for Ms. Lacy in 1999.

Anita Lacy, a.k.a., Anita Lynette Vandamme, Anita L. Consiglieri, Danella Vandamme, reports a criminal history, including the following charges:

1992- Grand Larceny charge in Virginia
1993- Conceal Merchandise charge in Virginia
1993 - Bench Warrant issued in Virginia
1996- Petit Larceny charge in Virginia

Ms. Lacy reports as having been incarcerated and/or paroled in the state of Virginia in 2003.

In June of 2006, Ms. Lacy reports as arrested and charged in the state of New Mexico, county of Bernalillo, with a reporting offense of FRAUDULENT USE OF CREDIT CARD 3RD DEGREE and FUGITIVE ARREST.

I have not found any information indicating that Anita Lacey is currently incarcerated in the federal system, the state of Virginia, or the state of New Mexico.

The only currently reporting address that I have found for Ms. Lacey, an address at which my agent is informed she still receives mail, is 9448 Scarlet Oak Drive, Manassas, Virginia 20110.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

*Scott Kucik*

Subscribed and Sworn to before me this 5th day of June, 2008.

*Nicole Davis*
Notary Public

My commission expires: 01-14-09